UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CALIFORNIA LEAGUE OF FOOD PRODUCERS; AMERICAN FOREST & PAPER ASSOCIATION; CALIFORNIA APPLE COMMISSION; CALIFORNIA BLUEBERRY COMMISSION; CALIFORNIA GROCERS ASSOCIATION; CALIFORNIA RESTAURANT ASSOCIATION; CALIFORNIA STRAWBERRY COMMISSION; CALIFORNIA TABLE GRAPE COMMISSION; CALIFORNIA WALNUT COMMISSION; CALIFORNIANS FOR AFFORDABLE PACKAGING; DAIRY INSTITUTE OF CALIFORNIA; FLEXIBLE PACKAGING ASSOCIATION; GROWER SHIPPER ASSOCIATION OF CENTRAL CALIFORNIA; OLIVE OIL COMMISSION OF CALIFORNIA; PET FOOD INSTITUTE; PRINT CREATIVE ALLIANCE; SNAC INTERNATIONAL; WESTERN GROWERS ASSOCIATION; CONSUMER BRANDS ASSOCIATION; PERSONAL CARE PRODUCTS COUNCIL; and CALIFORNIA RETAILERS ASSOCIATION,

                Plaintiffs,

v.

ROB BONTA, In His Official Capacity as Attorney General of the State of California,

                Defendant.

Case No.:  3:26-cv-01675-WQH-BLM

**ORDER**

1

HAYES, Judge:

On April 22, 2026, Plaintiff California League of Food Producers and Defendant Rob Bonta (together, the "parties") filed a Joint Motion and Stipulation Regarding Extension of Time for Defendant to Respond to Complaint (the "Joint Motion"). (ECF No. 12.)

The parties state that "Defendant intends to file an Answer to the First Amended Complaint." *Id.* at 2. The parties state that "Plaintiff intends to file a Motion for Preliminary Injunction on or before May 1, 2026, to attempt to enjoin the enforcement of SB 343 while this litigation is pending," and that the parties are "negotiat[ing] a proposed briefing schedule for" that motion. *Id.* The parties state that they "agree that allowing Defendant to file an answer to the [First Amended] Complaint following the resolution of Plaintiff's forthcoming Preliminary Injunction Motion would be equitable and a more efficient use of resources for the parties and the Court." *Id.*

IT IS HEREBY ORDERED that the Joint Motion (ECF No. 12) is granted. If Plaintiff California League of Food Producers moves for a preliminary injunction on or before May 1, 2026, Defendant Rob Bonta may file an answer to the First Amended Complaint (ECF No. 7) no later than thirty days after the Court's resolution of that motion.

Dated:  April 23, 2026

_____
Hon. William Q. Hayes
United States District Court

2

3:26-cv-01675-WQH-BLM