Trenton H. Norris (CA Bar No. 164781)
trent.norris@hoganlovells.com
Alexander Tablan (CA Bar No. 346309)
alexander.tablan@hoganlovells.com
Andrew Muse-Fisher (CA Bar No. 364086)
andrew.muse-fisher@hoganlovells.com
HOGAN LOVELLS US LLP
Four Embarcadero Center, 35th Floor
San Francisco, CA 94111-4024
Telephone:  415.374.2300
Facsimile:   415.374.2499

Attorneys for Plaintiffs listed in caption

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA LEAGUE OF FOOD PRODUCERS, AMERICAN FOREST & PAPER ASSOCIATION, CALIFORNIA APPLE COMMISSION, CALIFORNIA BLUEBERRY COMMISSION, CALIFORNIA GROCERS ASSOCIATION, CALIFORNIA RESTAURANT ASSOCIATION, CALIFORNIA RETAILERS ASSOCIATION, CALIFORNIA STRAWBERRY COMMISSION, CALIFORNIA TABLE GRAPE COMMISSION, CALIFORNIA WALNUT COMMISSION, CALIFORNIANS FOR AFFORDABLE PACKAGING, CONSUMER BRANDS ASSOCIATION, DAIRY INSTITUTE OF CALIFORNIA, FLEXIBLE PACKAGING ASSOCIATION, GROWER SHIPPER ASSOCIATION OF CENTRAL CALIFORNIA, OLIVE OIL COMMISSION OF CALIFORNIA, PERSONAL CARE PRODUCTS COUNCIL, PET FOOD INSTITUTE, PRINT CREATIVE ALLIANCE, SNAC INTERNATIONAL, and WESTERN GROWERS ASSOCIATION, <br><br> Plaintiffs, <br><br> v. <br><br> ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, <br><br> Defendant. | Case No. 3:26-cv-01675-WQH-BLM <br><br> **TABLE OF EXHIBITS TO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** <br><br> Judge: Hon. William Q. Hayes <br> Action Filed: March 17, 2026 <br> Trial Date: Not Set <br> Hearing: June 1, 2026 |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

TABLE OF EXHIBITS TO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE 26cv01675

**TABLE OF EXHIBITS**

Exhibits to Plaintiffs' Request for Judicial Notice in Support of Motion for Preliminary Injunction

| Exhibit | Description | First Page | Last Page |
|---|---|---|---|
| A | Text of California Senate Bill 343 as chaptered at Stats. 2021, ch. 507. | 1 | 10 |
| B | Senate Judiciary Committee, SB 343 Analysis, Regular Session (California 2021–2022). | 11 | 22 |
| C | Real Party in Interest California Department of Resources Recycling and Recovery's Statement in Response to Defendants' Demurrers, Last Beach Cleanup v. Stater Bros. Mkts., No. 22STCV18252 (L.A. Super. Ct. Oct. 5, 2023). | 23 | 28 |
| D | CalRecycle, SB 343 Frequently Asked Questions (2025). | 29 | 33 |
| E | California Department of Resources Recycling and Recovery ("CalRecycle"), SB 343 Material Characterization Study Final Findings 2023/2024 (2025). | 34 | 88 |
| F | U.S. Department of State, *Basel Convention on Hazardous Waste*. | 89 | 92 |
| G | CalRecycle, SB 343 Material Characterization Study Final Findings - 2023/2024 Appendix 2 - Public Comments Received (2025). | 93 | 420 |
| H | Screenshot of the APR Design® Guide Overview webpage located on the Association of Plastic Recyclers internet website. | 421 | 431 |
| I | CalRecycle, SB 343 Material Characterization Study Final Findings - 2023/2024 Appendix 1 - Methodological Details & Data Tables (2025). | 432 | 678 |
| J | Complaint, *Losey v. Califia Farms, LLC*, No. 25STCV17229 (L.A. Super. Ct. June 13, 2025). | 679 | 692 |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | K | Complaint, *Heavey v. WinCup, Inc.*, No. 25CU014781C (S.D. Super. Ct. Mar. 21, 2025). | 693 | 711 |
|---|---|---|---|---|
| | L | Second Amended Class Action Complaint, *Castillo v. Safeway, Inc.*, No. ECU004383 (Imperial Super. Ct. Apr. 6, 2026). | 712 | 749 |
| | M | First Amended Complaint, *Blagoyevic v. Grocery Outlet Inc.*, No. 25CU050184C (S.D. Super. Ct. Nov. 20, 2025). | 750 | 777 |
| | N | Second Amended Complaint, *Lee v. Sutter Home Winery, Inc.*, No. 25CU019972C (S.D. Super. Ct. Aug. 18, 2025). | 778 | 825 |
| | O | First Amended Complaint, *Fraser v. Peet's Coffee Inc.*, No. 25CU019511C (S.D. Super. Ct. July 10, 2025). | 826 | 858 |
| | P | First Amended Complaint, *Banta v. Delicato Vineyards, LLC*, No. STK-CV-UBT-2025-0005347 (San Joaquin Super. Ct. June 3, 2025). | 859 | 905 |
| | Q | Second Amended Complaint, *Garcia v. Safeway, Inc.*, No. 37-2024-00016265-CU-BT-CTL (S.D. Super. Ct. Mar. 5, 2025). | 906 | 979 |
| | R | First Amended Complaint, *McCullough v. Taco Bell Corp.*, No. CVRI2500069 (Riverside Super. Ct. Feb. 3, 2025). | 980 | 1055 |
| | S | Appellant's Opening Brief, *Planet Green Cartridges, Inc. v. Amazon.com, Inc.*, No. 23-4434 (9th Cir. Mar. 8, 2024). | 1056 | 1124 |
| | T | First Amended Complaint, *Bhotiwihok v. Fairlife, LLC*, No. 2:25-cv-01650-ODW (AGRx) (C.D. Cal. May 29, 2025). | 1125 | 1227 |
| | U | Complaint, *Woolard v. Glad Prods. Co.*, No. 3:24-cv-00504-JO-BLM (S.D. Cal. Mar. 15, 2024). | 1228 | 1258 |
| | V | First Amended Complaint, *Peterson v. The Glad Prods. Co.*, No. 3:23-cv-00491-TSH (N.D. Cal. Apr. 19, 2023). | 1259 | 1328 |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

TABLE OF EXHIBITS TO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE 26cv01675

| | | | |
|---|---|---|---|
| W | Third Amended Complaint, *Last Beach Cleanup v. Stater Bros. Mkts.*, No. 22STCV18252 (L.A. Super. Ct. Mar. 15, 2024). | 1329 | 1373 |
| X | Second Amended Complaint, *Last Beach Cleanup v. Gelson's Mkts.*, No. 22STCV18216 (L.A. Super. Ct. June 28, 2023). | 1374 | 1411 |
| Y | Complaint, *State v. Novolex Holdings, LLC*, No. CGC-25- 630237 (S.F. Super. Ct. Oct. 17, 2025). | 1412 | 1428 |
| Z | Complaint, *State v. Revolution Consumer Sols. (CA), LLC*, No. CGC-25-630238 (S.F. Super. Ct. Oct. 17, 2025). | 1429 | 1453 |
| AA | Complaint, *State v. Exxon Mobil Corp.*, No. CGC-24-618323 (S.F. Super. Ct. Sept. 23, 2024). | 1454 | 1536 |
| BB | Screenshot of the APR Design® Guide Changes – Change Log Tracking webpage, filtered to show only changes to "Design Guidance" in the "Source of Change" column. | 1537 | 1539 |
| CC | Association of Plastic Recyclers, Sorting Potential Test Method: Evaluation of the Size Sorting Potential for Articles with at Least 2 Dimensions Less than 2 Inches (2024). | 1540 | 1551 |
| DD | Senate Committee on Environmental Quality, SB 343 Analysis, Regular Session (California 2021–2022). | 1552 | 1561 |
| EE | CalRecycle, August Material Characterization Study Update Letter (2025). | 1562 | 1563 |
| FF | CalRecycle, December Material Characterization Study Update Letter (2025). | 1564 | 1565 |
| GG | Screenshot of the internet landing page of How2Recycle. | 1566 | 1568 |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -

Dated: April 24, 2026

Respectfully submitted,

By:  /s/ Trenton H. Norris
Trenton H. Norris

*Attorneys for Plaintiffs*
California League of Food Producers
American Forest & Paper Association
California Apple Commission
California Blueberry Commission
California Grocers Association
California Restaurant Association
California Retailers Association
California Strawberry Commission
California Table Grape Commission
California Walnut Commission
Californians for Affordable Packaging
Consumer Brands Association
Dairy Institute of California
Flexible Packaging Association
Grower Shipper Association of Central California
Olive Oil Commission of California
Personal Care Products Council
Pet Food Institute
Print Creative Alliance
SNAC International
Western Growers Association

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 4 -
TABLE OF EXHIBITS TO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE 26cv01675