ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
MEGAN RICHARDS
Deputy Attorney General
State Bar No. 281307
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3526
 Fax:  (415) 703-1234
 E-mail:  Megan.Richards@doj.ca.gov
*Attorneys for Defendant Rob Bonta, as*
*Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA LEAGUE OF FOOD PRODUCERS, et al.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California,**<br><br>Defendant. | 3:26-cv-01675<br><br>**DEFENDANT ROB BONTA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HIS OPPOSITION TO THE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:        June 1, 2026<br>Time:        None set<br>Judge:       Hon. William Q. Hayes<br>Trial Date: None set<br>Action Filed: March 17, 2026 |

Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, respectfully requests that the Court take judicial notice of the following exhibits, which are attached to the Declaration of Megan Richards:

1. **Exhibit 1**: California's Statewide Commission on Recycling Markets and Curbside Recycling, *Policy Recommendations* (June 25, 2021), available at https://www2.calrecycle.ca.gov/Docs/Web/119460 [last visited May 18, 2026].

1

2. **Exhibit 2**: Assembly Committee on Natural Resources, *SB 343 Analysis*, Regular Session (California 2021-2022), June 23, 2021.

3. **Exhibit 3**: Assembly Committee on Appropriations, *SB 343 Analysis*, Regular Session (California 2021-2022), August 19, 2021.

4. **Exhibit 4**: Assembly Committee on Judiciary, *SB 343 Analysis*, Regular Session (California 2021-2022), July 6, 2021.

5. **Exhibit 5**: CalRecycle, *The Current State of Processing: A Plastic Pollution Prevention and Packaging Producer Responsibility Act Needs Assessment Technical Report* (February 2026), available at https://www2.calrecycle.ca.gov/Docs/Publications/137929 [last visited May 18, 2026].

## DISCUSSION

The court may "judicially notice at any stage in the proceeding." Fed. R. Evid. 201(d). The court may "judicially notice a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot be reasonably be questioned." *Id.* at 201(b)(2).

Exhibits 1 and 5 are agency reports. Published government reports are matters of public record and are proper subjects of judicial notice. *See, e.g.*, *Rusak v. Holder*, 734 F.3d 894, 898 (9th Cir. 2013); *United States v. 14.02 Acres of Land More or Less in Fresno Cty.*, 547 F.3d 943, 955 (9th Cir. 2008). Official government internet sites are also properly subject to judicial notice. *See Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-999 (9th Cir. 2010).

Exhibits 2, 3, and 4 are legislative history for SB 343. A court *may* take judicial notice of legislative history, although according to the advisory committee notes to Federal Rule of Evidence 201(a), "[j]udicial notice of legislative facts…is unnecessary." *Rodriguez v. Ford Motor Company*, 722 F. Supp.3d 1104, 1111 (S.D. Cal. 2024) (quoting *Von Saher v. Norton Simon Museum of Art at Pasadena* 592 F. 3d 954, 960 (9th Cir. 2010)).

2

The accuracy of these public records, consisting of agency policies, agency reports, and legislative reports cannot be reasonably questioned, and judicial notice is therefore appropriate.

## CONCLUSION

For the foregoing reasons, Defendant Rob Bonta requests that the Court grant this request for judicial notice.

Dated:  May 18, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General

/s/ Megan Richards
MEGAN RICHARDS
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, as Attorney General of the State of California*

Def. Bonta's Request for Judicial Notice ISO Opp. to the Mot. for Prelim. Inj.  (3:26-cv-01675)