ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
MEGAN RICHARDS
Deputy Attorney General
State Bar No. 281307
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 510-3526
 Fax: (415) 703-1234
 E-mail: Megan.Richards@doj.ca.gov
*Attorneys for Defendant Rob Bonta, as*
*Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA LEAGUE OF FOOD PRODUCERS, et al.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California,**<br><br>Defendant. | 3:26-cv-01675<br><br>**TABLE OF EXHIBITS TO DECLARATION OF MEGAN RICHARDS**<br><br>Date:        June 1, 2026<br>Time:        None set<br>Judge:       Hon. William Q. Hayes<br>Trial Date: None set<br>Action Filed: March 17, 2026 |

1

**TABLE OF EXHIBITS**

Exhibits to Declaration of Megan Richards

| Exhibit | Description | First Page | Last Page |
|---|---|---|---|
| 1 | California's Statewide Commission on Recycling Markets and Curbside Recycling, *Policy Recommendations* (June 25, 2021) | 1 | 175 |
| 2 | Assembly Committee on Natural Resources, *SB 343 Analysis*, Regular Session (California 2021-2022), June 23, 2021 | 176 | 184 |
| 3 | Assembly Committee on Appropriations, *SB 343 Analysis*, Regular Session (California 2021-2022), August 19, 2021 | 185 | 188 |
| 4 | Assembly Committee on Judiciary, *SB 343 Analysis*, Regular Session (California 2021-2022), July 6, 2021. | 189 | 202 |
| 5 | CalRecycle, *The Current State of Processing: A Plastic Pollution Prevention and Packaging Producer Responsibility Act Needs Assessment Technical Report* (February 2026) | 203 | 306 |
| 6 | Duggan, *Many Plastics in Bay Area blue bins end up in landfills*, San Francisco Chronicle (Sept. 25, 2024) | 307 | 316 |
| 7 | Sullivan, *Recycling plastic is practically impossible – and the problem is getting worse*, NPR, Oct. 24, 2022. | 317 | 322 |

Dated:  May 18, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General


/s/ Megan Richards
MEGAN RICHARDS
Deputy Attorney General
*Attorneys for Defendant*

3

Table of Exhibits to Declaration of Megan Richards  (3:26-cv-01675)