UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CALIFORNIA LEAGUE OF FOOD PRODUCERS; AMERICAN FOREST & PAPER ASSOCIATION; CALIFORNIA APPLE COMMISSION; CALIFORNIA BLUEBERRY COMMISSION; CALIFORNIA GROCERS ASSOCIATION; CALIFORNIA RESTAURANT ASSOCIATION; CALIFORNIA STRAWBERRY COMMISSION; CALIFORNIA TABLE GRAPE COMMISSION; CALIFORNIA WALNUT COMMISSION; CALIFORNIANS FOR AFFORDABLE PACKAGING; DAIRY INSTITUTE OF CALIFORNIA; FLEXIBLE PACKAGING ASSOCIATION; GROWER SHIPPER ASSOCIATION OF CENTRAL CALIFORNIA; OLIVE OIL COMMISSION OF CALIFORNIA; PET FOOD INSTITUTE; PRINT CREATIVE ALLIANCE; SNAC INTERNATIONAL; WESTERN GROWERS ASSOCIATION; CONSUMER BRANDS ASSOCIATION; PERSONAL CARE PRODUCTS COUNCIL; and CALIFORNIA RETAILERS ASSOCIATION,

Plaintiffs,

v.

ROB BONTA, In His Official Capacity as Attorney General of the State of California,

Defendant.

Case No.:  3:26-cv-01675-WQH-BLM

**ORDER**

1

3:26-cv-01675-WQH-BLM

HAYES, Judge:

On May 29, 2026, Plaintiff California League of Food Producers and Defendant Rob Bonta (together, the "parties") filed a Joint Motion to Observe Hearing via Video Conference ("Joint Motion"). (ECF No. 19.) The parties request that "Plaintiffs, their members, and Defendant's employees" be permitted to observe the June 3, 2026, Motion Hearing on Plaintiffs' Motion for Preliminary Injunction. *Id.* at 2.

IT IS HEREBY ORDERED that the Joint Motion (ECF No. 19) is granted as follows. Plaintiffs, their members, and Defendant's employees may observe the Motion Hearing on June 3, 2026, at 10:30 am via telephone. No audio or video recordings of the proceedings or transcription or summarization services may be used. Plaintiffs' counsel shall coordinate the arrangements with Kim Sellars, the courtroom deputy, no later than June 2, 2026. Kim Sellars may be reached at (619) 557-7360.

Dated:  June 1, 2026

_____
Hon. William Q. Hayes
United States District Court

3:26-cv-01675-WQH-BLM