Jonathan Weissglass (CSB 185008)
Law Office of Jonathan Weissglass
1939 Harrison Street, Suite 150-B
Oakland, CA 94612
Telephone: 510-836-4200
E-mail: jonathan@weissglass.com

Attorney for Proposed Intervenors
Earth Island Institute and
Californians Against Waste

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA LEAGUE OF FOOD PRODUCERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA,<br><br>Defendant. | Case No. 3:26-cv-01675-WQH-JAC<br><br>**EARTH ISLAND INSTITUTE AND CALIFORNIANS AGAINST WASTE'S NOTICE OF MOTION AND MOTION TO INTERVENE AS DEFENDANTS**<br><br>Date: August 31, 2026<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT.** |

PLEASE TAKE NOTICE that Proposed Intervenors Earth Island Institute and Californians Against Waste will and hereby do move the Court pursuant to Rule 24 of the Federal Rules of Civil Procedure and Civil Local Rule 7.1 for leave to intervene. Pursuant to the Civil Pretrial & Trial Procedures of the Honorable William Q. Hayes, the motion is noticed for August 31, 2026, but will be heard without oral argument unless set by the Court.

The grounds for the motion are that: Rule 24(a)'s requirements for intervention as of right are met because Proposed Intervenors (1) have brought a timely motion, (2) have interests relating to the subject of the litigation, (3) are situated such that the disposition of the action may impair or impede their ability to protect those interests, and (4) are inadequately represented by the existing parties to the suit; alternatively, Rule 24(b)'s requirements for permissive intervention are met because Proposed Intervenors (1) have brought a timely motion, (2) raise a common question of law and fact, (3) do not implicate jurisdictional concerns, (4) will not unduly delay or prejudice the parties, and (5) satisfy other factors the Court may consider including by presenting an important perspective and providing an important contribution to this action.

This motion is based on the accompanying Memorandum; accompanying Declarations of Scott Hochberg, Julia Cohen, and Nick Lapis; accompanying proposed Answer; the complete files and records in this matter; and such other and further matters as may be called to the attention of the Court.

Dated: July 27, 2026

Respectfully submitted,

Jonathan Weissglass
Law Office of Jonathan Weissglass

By: /s/ Jonathan Weissglass
        Jonathan Weissglass

Attorney for Proposed Intervenors
Earth Island Institute and
Californians Against Waste