UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA LEAGUE OF FOOD PRODUCERS, et al.,<br>Plaintiffs,<br>v.<br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br>Defendant. | Case No.: 26-cv-1675-WQH-JAC<br>**NOTICE AND ORDER FOR EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE** |

Counsel, parties, and party representatives are ordered to appear for an Early Neutral Evaluation Conference ("ENE") in this case on **September 24, 2026** at **9:30 a.m.** before the Honorable Janet A. Cabral, United States Magistrate Judge, via videoconference. If the case does not settle during the ENE, the Court will hold a Case Management Conference ("CMC") pursuant to Fed. R. Civ. P. 16(b) immediately following the conclusion of the ENE.

The following are mandatory guidelines for the parties preparing for the Early Neutral Evaluation Conference. Absent express permission obtained from this Court, counsel must timely comply with the dates and deadlines herein.

//

1. **Review of Rules:** Counsel must refer to the Civil Local Rules, the undersigned's Chambers Rules, as well as the Chambers Rules of the assigned District Judge, which are accessible via the Court's website at www.casd.uscourts.gov.

2. **Appearance by Videoconference Required:** All named parties, party representatives, claims adjusters for insured defendants, and the principal attorneys responsible for the litigation must be present via videoconference at the ENE, prepared to discuss and resolve the case. Counsel appearing without their clients (whether counsel has been given settlement authority) will be cause for immediate imposition of sanctions and may also result in the immediate termination of the conference.

a. No later than **September 14, 2026**, counsel for each party must send an email to the Court at efile_cabral@casd.uscourts.gov containing the following:

i. The name and title of each participant, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

ii. An email address for each participant to receive the Zoom video conference invitation; and

iii. A telephone number where each participant may be reached so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference.

b. Prior to the start of the ENE, the Court will email each ENE participant an invitation to join a Zoom video conference. If possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance. Participants must join the video conference by following the ZoomGov Meeting hyperlink in the invitation. Participants who do not have Zoom already installed on their device will be prompted to download and install Zoom before proceeding when they click on the ZoomGov

Meeting hyperlink. Zoom may then prompt participants to enter the password included in the invitation. All participants will be placed in a waiting room until the ENE begins. Each participant should plan to join the Zoom video conference at least five minutes before the start of the ENE to ensure that the ENE begins promptly at 9:30 a.m.

c. All participants must display the same level of professionalism during the ENE and be prepared to devote their full attention to the ENE as if they were attending in person.

3. **Purpose of Conference:** The purpose of the ENE is to permit an informal discussion between the attorneys, the parties, and the Magistrate Judge of every aspect of the lawsuit in an effort to achieve an early resolution of the case. Counsel attending the ENE are expected to have a command of the facts and applicable law. All conference discussions will be informal, off the record, privileged, and confidential. Counsel for any non-English speaking party is responsible for arranging for the appearance of an interpreter at the conference.

4. **Full Settlement Authority Required:** In addition to counsel who will try the case, a party or party representative with full settlement authority must be present for the conference. In the case of a corporate entity, an authorized representative of the corporation who is not retained outside counsel must be present and must have discretionary authority to commit the company to pay an amount up to the amount of the Plaintiffs' prayer (excluding punitive damages prayers). The purpose of this requirement is to have representatives present who can settle the case during the conference without consulting a superior. Counsel for a government entity is excused from this requirement if the government attorney who participates in the ENE (1) has primary responsibility for handling the case; and (2) may negotiate settlement offers that the attorney is willing to recommend to the government official having ultimate settlement authority.

5. **Confidential ENE Statements Required:** On or before **September 14, 2026**, the parties must submit via email (efile_cabral@casd.uscourts.gov) confidential statements

no more than five pages in length. Exhibits are not required or recommended. Confidential ENE statements must include the following: (1) a brief description of the case, including a chronology of the relevant facts; (2) a brief description of the legal claims, counterclaims, and defenses asserted, and a statement of the principal contested legal disputes, including references to relevant statutes and legal authority; (3) *for plaintiffs*, a specific and current settlement demand addressing all relief or remedies sought, and the specific bases for that relief; and *for defendants*, a specific and current offer and the bases for that offer;[1] and (4) a description of any previous settlement negotiations, mediation sessions, or mediation efforts. Plaintiffs' counsel must include any video or audio recording of the incident(s), if such recording exists.

6. **Case Management Conference:** In the event the case does not settle during the ENE, the Court will conduct an Initial Case Management Conference. In preparation for this conference, the parties must

a. Meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than **September 3, 2026**.

b. Exchange initial disclosures pursuant to Rule 26(a)(1)(A-D) no later than **September 17, 2026**.

c. File a Joint Discovery Plan on the CM/ECF system no later than **September 14, 2026**. Agreements made in the Joint Discovery Plan will be treated as binding stipulations that are effectively incorporated into the Court's Case Management Order. The Joint Discovery Plan must be one document and must address each item identified in Fed. R. Civ. P. 26(f)(3). In addition, the discovery plan must include:

---

[1] If a specific demand or offer for settlement cannot be made at the time the brief is submitted, then state the reasons why and explain what additional information is needed to make a settlement demand or offer. A general statement that a party will "negotiate in good faith" is not a specific demand or offer contemplated by this Order. It is assumed that all parties will negotiate in good faith.

i. Service: A statement as to whether any parties remain to be served and, if so, a proposed deadline for service;

ii. Amendment of Pleadings: The extent to which parties, claims, or defenses are expected to be added or dismissed and a proposed deadline for amending the pleadings;

iii. Protective Order: Whether a protective order is contemplated to cover the exchange of confidential information and, if so, the date by which the proposed order will be submitted to the Court;

iv. Privilege: The procedure the parties plan to use regarding claims of privilege and whether an order pursuant to Fed. R. Evid. 502 will be sought;

v. Evidence Preservation: Whether the parties have discussed issues related to the preservation of relevant evidence and if there are areas of disagreement, how the parties are resolving them;

vi. Electronic Discovery: In addition to the requirements set forth in Fed. R. Civ. P. 26(f)(3)(C), the parties must represent they have reviewed the Checklist for Rule 26(f) Meet and Confer Regarding Electronically Stored Information ("ESI")[2] and describe their agreements regarding methodologies for locating and producing electronically stored information and the production of metadata, and must identify any issues or agreements regarding electronically stored information that may not be reasonably accessible (*see* Fed. R. Civ. P. 26(b)(2)(B));

vii. Discovery: In addition to the requirements of Fed. R. Civ. P. 26(f)(3)(B), the parties must describe the discovery taken to date (if any), any proposed limitations or modifications of the discovery rules, and any identified discovery disputes;

---

[2] The Checklist for Rule 26(f) Meet and Confer Regarding ESI can be found at https://www.casd.uscourts.gov/Judges/cabral/docs/Electronically%20Stored%20Information%20Checklist.pdf.

viii. Related Cases: Any related cases or proceedings pending before another judge of this court, or before another court or administrative body;

ix. Scheduling: Proposed dates for fact discovery cutoff, expert designations and disclosures, expert discovery cutoff, filing of dispositive motions, filing class certification motion (if class is alleged), pretrial conference and trial;

x. Trial: Whether the case will be tried to a jury or to the Court, and the expected length of the trial;

xi. Professional Conduct: Confirmation that all attorneys who will be listed in the pleadings or motions for any party have reviewed Civil Local Rule 2.1 on Professionalism; and

xii. Miscellaneous: Such other matters as may facilitate the just, speedy, and inexpensive disposition of this matter.

7. **New Parties Must be Notified by Plaintiffs' Counsel:** Plaintiffs' counsel must give notice of the ENE to parties responding to the complaint after the date of this notice.

8. **Requests to Continue an ENE:** Local Rule 16.1(c) requires that an ENE take place within forty-five (45) days of the filing of the first answer. Requests to continue ENEs are rarely granted. However, the Court will consider requests to continue an ENE conference when good cause exists that make a continuance appropriate. Counsel must meet and confer prior to filing any request for continuance and any request must be filed with the Court and served on opposing counsel. Absent good cause, requests for continuances will not be considered unless submitted in writing no fewer than seven (7) days prior to the scheduled conference.

**IT IS SO ORDERED.**

Dated: August 14, 2026

Hon. Janet A. Cabral
United States Magistrate Judge

**Notice of Right to Consent to Trial**

**Before a United States Magistrate Judge**

In accordance with the provisions of 28 U.S.C. § 636(c), you are hereby notified that a U.S. Magistrate Judge of this district may, upon the consent of all parties, on Form 1A available in the Clerk's Office, conduct any or all proceedings, including a jury or non-jury trial, and order the entry of a final judgment. Plaintiffs or Plaintiffs' counsel must be responsible for obtaining the consent of all parties, should they desire to consent.

You should be aware that your decision to consent or not to consent is entirely voluntary and should be communicated solely to the Clerk of Court. Only if all parties consent will the Judge or Magistrate Judge to whom the case has been assigned be informed of your decision.

Judgments of U.S. Magistrate Judges are appealable to the U.S. Court of Appeals in accordance with this statute and the Federal Rules of Appellate Procedure.