Trenton H. Norris (CA Bar No. 164781)
trent.norris@hlc.com
Alexander Tablan (CA Bar No. 346309)
alexander.tablan@hlc.com
Andrew Muse-Fisher (CA Bar No. 364086)
andrew.muse-fisher@hlc.com
HOGAN LOVELLS CADWALADER US LLP
Four Embarcadero Center, 35th Floor
San Francisco, CA 94111-4024
Telephone: 415.374.2300
Facsimile: 415.374.2499

Attorneys for Plaintiffs listed in caption

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

CALIFORNIA LEAGUE OF FOOD PRODUCERS, AMERICAN FOREST & PAPER ASSOCIATION, CALIFORNIA APPLE COMMISSION, CALIFORNIA BLUEBERRY COMMISSION, CALIFORNIA GROCERS ASSOCIATION, CALIFORNIA RESTAURANT ASSOCIATION, CALIFORNIA RETAILERS ASSOCIATION, CALIFORNIA STRAWBERRY COMMISSION, CALIFORNIA TABLE GRAPE COMMISSION, CALIFORNIA WALNUT COMMISSION, CALIFORNIANS FOR AFFORDABLE PACKAGING, CONSUMER BRANDS ASSOCIATION, DAIRY INSTITUTE OF CALIFORNIA, FLEXIBLE PACKAGING ASSOCIATION, GROWER SHIPPER ASSOCIATION OF CENTRAL CALIFORNIA, OLIVE OIL COMMISSION OF CALIFORNIA, PERSONAL CARE PRODUCTS COUNCIL, PET FOOD INSTITUTE, PRINT CREATIVE ALLIANCE, SNAC INTERNATIONAL, and WESTERN GROWERS ASSOCIATION,

Plaintiffs,

v.

ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,

Case No. 3:26-cv-01675-WQH-JAC

**JOINT MOTION TO VACATE AND RESET ENE DEADLINES**

Judge: Hon. William Q. Hayes
Action Filed: March 17, 2026
Trial Date: Not Set

**JOINT MOTION TO VACATE AND RESET ENE DEADLINES**

Pursuant to Local Rule 7.2, Plaintiffs to the above-captioned action ("Plaintiffs") and Defendant Rob Bonta, in his official capacity as Attorney General of the State of California ("Defendant") (collectively, the "Parties"), by and through their counsel, submit this joint motion to vacate and reset the early neutral evaluation conference and related deadlines.

WHEREAS, Plaintiffs initiated this action on March 17, 2026 (ECF No. 1), and filed the first amended complaint ("FAC") on April 7, 2026 (ECF No. 7);

WHEREAS, Defendant answered the FAC on August 13, 2026 (ECF No. 26);

WHEREAS, the Court issued a notice and order for early neutral evaluation conference and case management conference on August 14, 2026 ("ENE Notice") (ECF No. 27). The ENE Notice set initial dates and deadlines as follows:

- September 3, 2026 – Deadline for the Parties to meet and confer pursuant to Fed. R. Civ. P. 26(f);
- September 14, 2026 – Deadline for the Parties to file a joint discovery plan and submit confidential ENE statements;
- September 17, 2026 – Deadline to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).
- September 24, 2026 – Early Neutral Evaluation Conference before the Honorable Janet A. Cabral.

WHEREAS, Earth Island Institute and Californians Against Waste ("Applicants") filed a motion to intervene on July 27, 2026 (ECF No. 25);

WHEREAS, Plaintiffs filed a response in opposition to the motion to intervene on August 17, 2026 (ECF No. 28);

WHEREAS, Applicants' deadline to file a reply in support of the motion to intervene is August 24, 2026;

WHEREAS, the Parties met and conferred via email on August 19, 2026. In light of the pending motion to intervene, the Parties agree that the ENE conference and related

deadlines should be continued. Should the motion to intervene be granted, depending on any limitations ordered by the Court, additional parties may need to participate in the meet and confer, joint discovery plan, and related activities. If these are underway, or completed, before these parties join the case, it will likely be necessary for the larger set of parties to revisit each of these requirements, including a second Fed. R. Civ. P. 26(f) conference and ENE conference, along with a second round of disclosures and ENE statements. The Parties therefore agree that vacating and resetting the deadlines in the ENE Notice will promote judicial economy and avoid unnecessary expense and duplication of effort.

NOW, THEREFORE, and subject to the approval of the Court, IT IS HEREBY STIPULATED, by and between the Parties and their respective counsel, with good cause appearing, that:

1. The dates and deadlines in the ENE Notice issued on August 14, 2026, ECF No. 27, be vacated;
2. The ENE dates and deadlines be reset once the Court has issued a decision on the pending motion to intervene.

The Parties respectfully request that the Court enter an order approving this stipulation.

IT IS SO STIPULATED.

Dated: August 24, 2026

Respectfully submitted,

By: /s/ Trenton H. Norris
Trenton H. Norris

*Attorneys for Plaintiffs*
California League of Food Producers
American Forest & Paper Association
California Apple Commission
California Blueberry Commission
California Grocers Association
California Restaurant Association
California Retailers Association
California Strawberry Commission

California Table Grape Commission
California Walnut Commission
Californians for Affordable Packaging
Consumer Brands Association
Dairy Institute of California
Flexible Packaging Association
Grower Shipper Association of Central California
Olive Oil Commission of California
Personal Care Products Council
Pet Food Institute
Print Creative Alliance
SNAC International
Western Growers Association

Dated: August 24, 2026

Respectfully submitted,

By: *<u>/s/ Megan Richards</u>*
Megan Richards

*Attorneys for Defendant*

**S.D. CAL. LOCAL RULE 5.4(f) CERTIFICATION**

The filer attests that the other signatory listed, on whose behalf the filing is also submitted, is a registered CM/ECF filer and concurs in the filing's content and has authorized the filing.

Dated: August 24, 2026

By: *<u>/s/ Trenton H. Norris</u>*
Trenton H. Norris