**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

CALIFORNIA LEAGUE OF FOOD PRODUCERS, AMERICAN FOREST & PAPER ASSOCIATION, CALIFORNIA APPLE COMMISSION, CALIFORNIA BLUEBERRY COMMISSION, CALIFORNIA GROCERS ASSOCIATION, CALIFORNIA RESTAURANT ASSOCIATION, CALIFORNIA RETAILERS ASSOCIATION, CALIFORNIA STRAWBERRY COMMISSION, CALIFORNIA TABLE GRAPE COMMISSION, CALIFORNIA WALNUT COMMISSION, CALIFORNIANS FOR AFFORDABLE PACKAGING, CONSUMER BRANDS ASSOCIATION, DAIRY INSTITUTE OF CALIFORNIA, FLEXIBLE PACKAGING ASSOCIATION, GROWER SHIPPER ASSOCIATION OF CENTRAL CALIFORNIA, OLIVE OIL COMMISSION OF CALIFORNIA, PERSONAL CARE PRODUCTS COUNCIL, PET FOOD INSTITUTE, PRINT CREATIVE ALLIANCE, SNAC INTERNATIONAL, and WESTERN GROWERS ASSOCIATION,

Plaintiffs,

v.

ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,

Case No. 3:26-cv-01675-WQH-JAC

**ORDER VACATING NOTICE AND ORDER FOR EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**

Judge: Hon. William Q. Hayes
Action Filed: March 17, 2026
Trial Date: Not Set

**ORDER**

The Court, having considered the parties' joint motion to vacate and reset ENE deadlines, and with good cause appearing, hereby ORDERS the following:

1. The dates and deadlines in the Notice and Order for Early Neutral Evaluation Conference and Case Management Conference issued on August 14, 2026, ECF No. 27, are vacated;

2. The ENE dates and deadlines shall be reset once this Court has issued a decision on the pending motion to intervene, ECF No. 25.

**IT IS SO ORDERED.**

Dated: ________________

____________________________________
The Honorable William Q. Hayes
United States District Court Judge