UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CALIFORNIA LEAGUE OF FOOD PRODUCERS, et al.,

Plaintiffs,

v.

ROB BONTA, in his Official Capacity as Attorney General of the State of California,

Defendant.

Case No.: 26-cv-1675-WQH-JAC

**ORDER (1) DENYING JOINT MOTION TO VACATE EARLY NEUTRAL EVALUATION CONFERENCE AND (2) CONTINUING EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT DATES**

ECF No. 29

On August 24, 2026, the parties filed a joint motion requesting the Court vacate the Early Neutral Evaluation Conference (ENE) scheduled for September 24, 2026, and continue the related case management deadlines pending a resolution on Earth Island Institute and Californians Against Waste's motion to intervene. ECF No. 29. Under Civil Local Rule 16.1(c), counsel and the parties must appear for an ENE within 45 days of filing an answer. Here, Defendant filed the answer on August 13, 2026. *See* ECF No. 26. The parties' request to vacate the ENE for an indeterminate amount of time after Defendant filed an answer is not in the spirit or language of Civil Local Rule 16.1. Accordingly, the Court **DENIES** the joint motion. Although the Court declines to vacate the ENE, the Court

finds good cause for a short continuance of the ENE and related case management deadlines. The Court **CONTINUES** the ENE/CMC to **October 28, 2026, at 9:30 a.m.**

Likewise, the Court **CONTINUES** the case management deadlines in preparation for this conference. The parties shall:

1. Meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than **October 7, 2026**;
2. File a Joint Discovery Plan on the CM/ECF system no later than **October 19, 2026**;
3. Lodge a confidential ENE statement with the Court via email at efile_cabral@casd.uscourts.gov no later than **October 19, 2026**; and
4. Exchange initial disclosures pursuant to Rule 26(a)(1)(A-D) no later than **October 21, 2026**.

**IT IS SO ORDERED**.

Dated: August 25, 2026

Hon. Janet A. Cabral
United States Magistrate Judge