Trenton H. Norris (CA Bar No. 164781)
trent.norris@hlc.com
Alexander Tablan (CA Bar No. 346309)
alexander.tablan@hlc.com
Andrew Muse-Fisher (CA Bar No. 364086)
andrew.muse-fisher@hlc.com
HOGAN LOVELLS CADWALADER US LLP
Four Embarcadero Center, 35th Floor
San Francisco, CA 94111-4024
Telephone: 415.374.2300
Facsimile: 415.374.2499

Attorneys for Plaintiffs listed in caption

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

CALIFORNIA LEAGUE OF FOOD PRODUCERS, AMERICAN FOREST & PAPER ASSOCIATION, CALIFORNIA APPLE COMMISSION, CALIFORNIA BLUEBERRY COMMISSION, CALIFORNIA GROCERS ASSOCIATION, CALIFORNIA RESTAURANT ASSOCIATION, CALIFORNIA RETAILERS ASSOCIATION, CALIFORNIA STRAWBERRY COMMISSION, CALIFORNIA TABLE GRAPE COMMISSION, CALIFORNIA WALNUT COMMISSION, CALIFORNIANS FOR AFFORDABLE PACKAGING, CONSUMER BRANDS ASSOCIATION, DAIRY INSTITUTE OF CALIFORNIA, FLEXIBLE PACKAGING ASSOCIATION, GROWER SHIPPER ASSOCIATION OF CENTRAL CALIFORNIA, OLIVE OIL COMMISSION OF CALIFORNIA, PERSONAL CARE PRODUCTS COUNCIL, PET FOOD INSTITUTE, PRINT CREATIVE ALLIANCE, SNAC INTERNATIONAL, and WESTERN GROWERS ASSOCIATION,

Plaintiffs,

v.

ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,

Case No. 3:26-cv-01675-WQH-JAC

**JOINT MOTION TO CONTINUE HEARING ON MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT DATES**

Judge: Hon. William Q. Hayes
Magistrate Judge: Hon. Janet A. Cabral
Action Filed: March 17, 2026
Trial Date: Not Set

**JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT DATES**

Pursuant to Local Rule 7.2 and the following stipulation, Plaintiffs to the above-captioned action ("Plaintiffs") and Defendant Rob Bonta, in his official capacity as Attorney General of the State of California ("Defendant") (collectively, the "Parties"), by and through their counsel, submit this joint motion to continue the early neutral evaluation conference and case management dates, and to continue by one week the hearing on Plaintiffs' pending motion for leave to file a Second Amended Complaint and the associated briefing deadlines. The Parties make this joint motion to continue the early neutral evaluation conference and case management dates on the grounds that Plaintiffs have filed a motion for leave to file a Second Amended Complaint which, if granted, will add ten new claims challenging a statute not challenged in Plaintiffs' operative complaint and two new defendants in connection with the new claims, and that it would promote judicial economy and efficiency for the Court and Parties to continue the early neutral evaluation and case management conferences until this matter is at issue.

WHEREAS, Plaintiffs initiated this action on March 17, 2026 (ECF No. 1), and filed the First Amended Complaint ("FAC") on April 7, 2026 (ECF No. 7);

WHEREAS, Earth Island Institute and Californians Against Waste ("Applicants") filed a motion to intervene on July 27, 2026 (ECF No. 25);

WHEREAS, Defendant answered the FAC on August 13, 2026 (ECF No. 26);

WHEREAS, the Court issued a notice and order for early neutral evaluation ("ENE") conference and case management conference ("CMC") on August 14, 2026 ("ENE notice") (ECF No. 27);

WHEREAS, in light of the pending motion to intervene, the Parties filed a joint motion to vacate and reset the deadlines in the ENE notice on August 24, 2026 (ECF No. 29);

WHEREAS, the Court on August 25, 2026, denied the joint motion to vacate and

reset the ENE and CMC, but continued the ENE conference and CMC to October 28, 2026 (ECF No. 31);

WHEREAS, in light of the pendency of the motion to intervene and unavailability of Defendant's counsel on the October 28, 2026, ENE/CMC date due to a pre-planned vacation, the Parties on September 22, 2026 filed a joint motion to continue the ENE conference and CMC dates by one week to November 4, 2026 (ECF No. 32);

WHEREAS, the Court on September 23, 2026 granted the parties' joint motion to continue the ENE/CMC to November 4, 2026 (ECF No. 33);

WHEREAS, the remaining ENE and CMC dates are currently scheduled as follows:

- Deadline to meet and confer pursuant to Fed. R. Civ. P. 26(f) – October 14, 2026;
- Deadline to file a joint discovery plan and lodge confidential ENE statements – October 26, 2026;
- Deadline to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A-D) – October 28, 2026;

WHEREAS, the Court on September 28, 2026, denied the motion to intervene by Earth Island Institute and Californians Against Waste (ECF No. 34);

WHEREAS, Plaintiffs filed a motion for leave to file a Second Amended Complaint ("motion for leave") on October 8, 2026 (ECF No. 35);

WHEREAS, the proposed Second Amended Complaint ("SAC") names two additional defendants and adds ten causes of action challenging provisions of California Senate Bill 54, Stats. 2022, Ch. 75 ("SB 54"), a statute not challenged in Plaintiffs' initial Complaint or First Amended Complaints;

WHEREAS, Plaintiffs' motion for leave is set provisionally for hearing before the Court on November 9, 2026;

WHEREAS, Defendant is currently assessing the proposed SAC and determining what position to take regarding the motion for leave, and Defendant's response is due

on October 26, 2026;

WHEREAS, Defendant has requested more time to review the proposed SAC, and the Parties have agreed that Defendant's response will be due on November 2, 2026, with Defendant's reply, if any, due on November 9, 2026, and the provisional hearing date continued to November 16, 2026;

WHEREAS, if the Court grants Plaintiffs' motion for leave, Plaintiffs intend to file motions for preliminary injunction based on the allegations in the proposed SAC. Before filing motions for preliminary injunction, Plaintiffs would meet and confer with Defendant Bonta and the newly named Defendants to establish a briefing schedule for the motions. The proposed briefing schedule would delay Defendants' deadline to answer the SAC until after resolution of the motions for preliminary injunction;

WHEREAS, the Parties met and conferred via email on October 12, 2026, and via video conference on October 14, 2026. In light of the pending motion for leave and Plaintiffs' intention to file motions for preliminary injunction at the appropriate time, the Parties believe that it would be more efficient and productive for the Court and the parties to continue the ENE conference and CMC until after the court has ruled on Plaintiffs' motion for leave, and if leave is granted, after Defendants' have answered the SAC. If the Court grants the motion for leave, two new Defendants will join the case, and if the ENE and CMC are not continued, it would likely be necessary to undertake a second round of initial conferences, disclosures, and ENE statements. Continuing the ENE conference and CMC dates until after the motion for leave is resolved will afford the new Defendants an opportunity to participate in an ENE and CMC process, if leave is granted, that encompasses all overlapping issues subject to discovery;

WHEREAS, if the Court grants Plaintiffs' motion for leave, the Parties further agree that the ENE conference and CMC dates should be continued until after the motions for preliminary injunction are resolved and Defendants have answered the SAC. This will enable the Parties to efficiently allocate resources to resolution of the motions and approach the ENE and CMC process with a greater understanding of the allegations

and legal arguments raised in the proposed SAC and Defendants' defense. The Parties therefore agree that continuing the ENE conference and CMC dates will promote judicial economy and avoid unnecessary expense and duplication of effort;

NOW, THEREFORE, and subject to the approval of the Court, IT IS HEREBY STIPULATED, by and between the Parties and their respective counsel, with good cause appearing, that:

1. Defendant's response to Plaintiffs' motion for leave to file a Second Amended Complaint, ECF No. 35, shall be due on November 2, 2026, and Plaintiffs' reply, if any, shall be due on November 9, 2026, with the provisional hearing date set for November 16, 2026.

2. The ENE conference and CMC dates in the order issued by this Court on September 23, 2026, ECF No. 33, shall be continued as follows:

   a. If the Court grants Plaintiffs' motion for leave to file a Second Amended Complaint, ECF No. 35, the ENE conference and CMC dates shall be continued as follows:

      i. Deadline to meet and confer pursuant to Fed. R. Civ. P. 26(f) – March 17, 2027;

      ii. Deadline to file a joint discovery plan on the CM/ECF system – March 29, 2027;

      iii. Deadline to lodge a confidential ENE statement with the Court via email – March 29, 2027;

      iv. Exchange initial disclosures pursuant to Rule 26(a)(1)(A-D) – March 31, 2027;

      v. ENE/CMC – April 7, 2027, at 1:30 p.m.

   b. If the Court denies Plaintiffs' motion for leave to file a Second Amended Complaint, ECF No. 35, the ENE conference and CMC dates shall be continued as follows:

      i. Deadline to meet and confer pursuant to Fed. R. Civ. P. 26(f)

– January 6, 2027;

ii. Deadline to file a joint discovery plan on the CM/ECF system – January 18, 2027;

iii. Deadline to lodge a confidential ENE statement with the Court via email – January 18, 2027;

iv. Exchange initial disclosures pursuant to Rule 26(a)(1)(A-D) – January 20, 2027;

v. ENE/CMC – January 27, 2027, at 1:30 p.m.

The Parties respectfully request that the Court enter an order approving this stipulation.

IT IS SO STIPULATED.

Dated: October 20, 2026

Respectfully submitted,

By: /s/ Trenton H. Norris
Trenton H. Norris

*Attorneys for Plaintiffs*
California League of Food Producers
American Forest & Paper Association
California Apple Commission
California Blueberry Commission
California Grocers Association
California Restaurant Association
California Retailers Association
California Strawberry Commission
California Table Grape Commission
California Walnut Commission
Californians for Affordable Packaging
Consumer Brands Association
Dairy Institute of California
Flexible Packaging Association
Grower Shipper Association of Central California
Olive Oil Commission of California
Personal Care Products Council
Pet Food Institute
Print Creative Alliance
SNAC International

Western Growers Association

Dated: October 20, 2026

Respectfully submitted,

By: /s/ *Megan Richards*
Megan Richards

*Attorneys for Defendant*

## **S.D. CAL. LOCAL RULE 5.4(f) CERTIFICATION**

The filer attests that the other signatory listed, on whose behalf the filing is also submitted, is a registered CM/ECF filer and concurs in the filing's content and has authorized the filing.

Dated: October 20, 2026

By: *<u>/s/ Trenton H. Norris</u>*
Trenton H. Norris